# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

128692
(47)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

CANYON CONSTRUCTION, INC.,
      Plaintiff-Appellee,

v

                                        SC: 128692
                                        COA: 259208
                                        Oakland CC: 97-000323-CK

KAREN L. STEPHENS,
         Defendant-Appellant.

_____/

      On order of the Court, the motion for reconsideration of this Court's order of October 31, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                              _____

l0221                                           Clerk